# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

DEON RYNDERS                                                      PLAINTIFF

v.                              No. 3:26-cv-45-DPM

SONIA F. HAGOOD, District
Attorney                                                         DEFENDANT

## ORDER

1.      Rynders hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*.  He must do one or the other by 13 March 2026.  If he doesn't, his case will be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).

2.      The Court directs the Clerk to mail Rynders an application to proceed *in forma pauperis* and a blank § 1983 form.  If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Rynders will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
11 February 2026