## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DEON RYNDERS                                            PLAINTIFF

v.                             No. 3:26-cv-45-DPM

SONIA F. HAGOOD,
**District Attorney**                                   DEFENDANT

## JUDGMENT

Rynders's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge
8 April 2026