IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEON RYNDERS                                                    PLAINTIFF

v.                              No. 3:26-cv-45-DPM

SONIA F. HAGOOD,
District Attorney                                              DEFENDANT

ORDER

Motion for status update, *Doc. 9*, granted.   This case has been dismissed.   *Doc. 6*.   The Court directs the Clerk to send Rynders a copy of the docket sheet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge
_10 April 2026_